# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA** | **CASE NO. 6:25-CV-01130** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CAREMARK P C S HEALTH LLC ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of OBJECTIONS [Doc. 26] filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 23] is correct and adopts the findings and conclusions therein as its own. The Court also notes that the analysis of the Fourth Circuit in *W. Virginia ex rel. Hunt v. CaremarkPCS Health, L.L.C.* is persuasive. 140 F.4th 188 (4th Cir. 2025). Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the REPORT AND RECOMMENDATION, the State of Louisiana's MOTION TO REMAND [Doc. 19] is DENIED. The State shall have twenty-one (21) days from this Order to file oppositions to Defendants' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [Doc. 10] and MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [Doc. 11].

THUS DONE AN SIGNED in chambers this 13th day of November 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE